UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIMBERLY KLOBAS, | CASE NO. C23-6128 BHS |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES GOVERNMENT, | |
| Defendant. | |

THIS MATTER is before the Court on Magistrate Judge David Christel's Report and Recommendation (R&R), Dkt. 4, recommending the Court deny pro se plaintiff Kimberly Klobas's application for leave to proceed *in forma pauperis*, Dkt. 1, and dismiss her proposed complaint without prejudice and without leave to amend.

Klobas complains vaguely and broadly that the United States Government has violated her privacy because her boyfriend was or is the subject of an undescribed investigation. She alleges that someone is controlling her devices and restricting her access to certain web sites. She seeks $100,000,000.00. Dkt. 1-1 at 7.

The R&R points out that Klobas's complaint does not contain factual allegations amounting to a plausible claim against any person, and the government itself is generally

ORDER - 1

immune from suit. Dkt. 4 at 3. Klobas has not objected to the R&R under Federal Rule of Civil Procedure 72.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations *to which objection is made*." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

The R&R is **ADOPTED**. Klobas's application for leave to proceed *in forma pauperis* is DENIED and this matter is dismissed without prejudice and without leave to amend.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 22nd day of January, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2